Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **COWBOYS FAR WEST, LTD.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **61-1446024** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **3030 NE Loop 410** **San Antonio, TX 78218** Number, Street, City, State & ZIP Code **Bexar** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **3030 NE Loop 410 San Antonio, TX 78218** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **COWBOYS FAR WEST, LTD.**   Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

 ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
■ Yes.

If more than 2 cases, attach a separate list.

District **Western District of Texas - San Antonio Division**  When **6/24/16**  Case number **16-51419**
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| Debtor | **COWBOYS FAR WEST, LTD.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **COWBOYS FAR WEST, LTD.** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 6, 2018**
MM / DD / YYYY

X **/s/ MICHAEL J. MURPHY**              **MICHAEL J. MURPHY**
Signature of authorized representative of debtor       Printed name

Title  **President of Cowboys Concert Hall-Arlington, Inc., Gen. Ptr.**

**18. Signature of attorney**

X **/s/ JAMES S. WILKINS**              Date **August 6, 2018**
Signature of attorney for debtor              MM / DD / YYYY

**JAMES S. WILKINS**
Printed name

**JAMES S. WILKINS**
Firm name

**WILLIS & WILKINS, L.L.P.**
**711 Navarro Street, Suite 711**
**San Antonio, TX 78205-1711**
Number, Street, City, State & ZIP Code

Contact phone  **210-271-9212**    Email address  **jwilkins@stic.net**

**21486500**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **COWBOYS FAR WEST, LTD.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 6, 2018**    X **/s/ MICHAEL J. MURPHY**
                                    Signature of individual signing on behalf of debtor

                                    **MICHAEL J. MURPHY**
                                    Printed name

                                    **President of Cowboys Concert Hall-Arlington, Inc., Gen. Ptr.**
                                    Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: **COWBOYS FAR WEST, LTD.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Amie Haynes** c/o Kevin B. Miller Law Office of Miller & Bicklein 8270 Callaghan Road, Suite 250 San Antonio, TX 78230 | | | **Disputed** | | | **$0.00** |
| **Bexar County** c/o David G. Aelvoet 711 Navarro, Suite 300 San Antonio, TX 78205 | | | | $102,717.50 | $0.00 | $102,717.50 |
| **Cowboys Concert Hall- Arlington Ltd.** 3030NE Loop 410 San Antonio, TX 78218 | | | | | | $37,800.00 |
| **Far West Realty, Ltd.** 16500 San Pedro Ave, Suite 280 San Antonio, TX 78232 | | | **Contingent** | | | $3,000,000.00 |
| **Ford Motor Credit** P.o. Box 650575 Dallas, TX 75265-0575 | | **2016 Ford F150** | | $46,294.74 | $35,000.00 | $11,294.74 |
| **Ford Motor Credit** P.o. Box 650575 Dallas, TX 75265-0575 | | **2015 Ford F150** | | $29,744.51 | $25,000.00 | $4,744.51 |
| **Johnson Controls** P.O. Box 730068 Dallas, TX 75373 | | | | | | $9,000.00 |

| Debtor | **COWBOYS FAR WEST, LTD.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Jose Maria Garza Trevino**<br>136500 San Pedro Ave., Suite 280<br>San Antonio, TX 78232 | | | **Contingent** | | | **$500,000.00** |
| **Nicholas Joseph Finnerty**<br>c/o Monica I. Bohuslov<br>901 Main Street, Suite 5200<br>Dallas, TX 75202 | | | **Disputed** | | | **$0.00** |
| **Red River Beverage, Inc.**<br>3030 NE Loop 410<br>San Antonio, TX 78218 | | | | | | **$1,126,060.00** |
| **Renea Menzies**<br>c/o Carabin & Shaw, P.C.<br>630 Broadway<br>San Antonio, TX 78215 | | | | | | **$2,800.00** |
| **Sunstate Equipment Co., LLC**<br>5552 W. Washington St.<br>Phoenix, AZ 85034 | | | | | | **$2,826.80** |
| **Triple D Security, Inc.**<br>P.O. Box 2346<br>Victoria, TX 77902 | | | | | | **$5,623.43** |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

# United States Bankruptcy Court
## Western District of Texas

In re **COWBOYS FAR WEST, LTD.**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of Cowboys Concert Hall-Arlington, Inc., Gen. Ptr. of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 6, 2018**

**/s/ MICHAEL J. MURPHY**  
**MICHAEL J. MURPHY**/**President of Cowboys Concert Hall-Arlington, Inc., Gen. Ptr.**  
Signer/Title

Amie Haynes
c/o Kevin B. Miller
Law Office of Miller & Bicklein
8270 Callaghan Road, Suite 250
San Antonio, TX 78230


Bexar County
c/o David G. Aelvoet
711 Navarro, Suite 300
San Antonio, TX 78205


Comptroller of Public Accounts
P.O. Box 13528
Austin, TX 78711-8528


Cowboys Concert Hall- Arlington Ltd.
3030NE Loop 410
San Antonio, TX 78218


Crossroads 2004, LLC.
914 N. Broadway Ave.
Ste. 302
Oklahoma City, OK 73102


Far West Realty, Ltd.
16500 San Pedro Ave, Suite 280
San Antonio, TX 78232


Ford Motor Credit
P.o. Box 650575
Dallas, TX 75265-0575


Internal Revenue Service
Special Procedures Staff
STOP 5022 AUS
300 E. 8th St.
Austin, TX 78701


INTERNAL REVENUE SERVICE
P.O. Box 21126
Philadelphia, PA 19114


Johnson Controls
P.O. Box 730068
Dallas, TX 75373

Jose Maria Garza Trevino
136500 San Pedro Ave., Suite 280
San Antonio, TX 78232


Nicholas Joseph Finnerty
c/o Monica I. Bohuslov
901 Main Street, Suite 5200
Dallas, TX 75202


Prinsbank
508 Third Street
P.O. Box 38
Prinsburg, MN 56281


Red River Beverage, Inc.
3030 NE Loop 410
San Antonio, TX 78218


Renea Menzies
c/o Carabin & Shaw, P.C.
630 Broadway
San Antonio, TX 78215


Sunstate Equipment Co., LLC
5552 W. Washington St.
Phoenix, AZ 85034


Triple D Security, Inc.
P.O. Box 2346
Victoria, TX 77902


U.S. Attorney
601 NW Loop 410, Suite 600
San Antonio, TX 78216


United States Attorney General
Main Justice Bldg., Rm. 5111
10th & constitution Ave., NW
Washington, DC 20530