**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 18-51837-RBK** |
| **COWBOYS FAR WEST, LTD** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR** | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney for CROSSROADS 2004, LLC, a creditor and party in interest, and pursuant to Rules 2002, 3017, and 9010 of the Bankruptcy Rules, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

**BRIAN S. ENGEL**
**STEVE TURNER**
**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
**3809 JUNIPER TRACE, SUITE 205**
**AUSTIN, TEXAS 78738**
**Main: (512) 687-2503**
**Fax: (512) 477-1112**
**brianen@bdfgroup.com**
**stevet@bdfgroup.com**

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

This Notice of Appearance and Request for Service of Papers shall not be construed as authorization to serve counsel for CROSSROADS 2004, LLC, with any summons and complaint or any service of process under Fed. R. Bank. P.7001, *et seq*, or any subpoena under Fed. R. Bank. P. 9016. The undersigned firm will not accept service of process in any adversary for CROSSROADS 2004, LLC.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


By: /s/ Brian S. Engel
    Brian S. Engel
    State Bar No. 00789279
    Steve Turner
    State Bar No. 20341700
    3809 Juniper Trace, Suite 205
    Austin, Texas 78738
    Telephone:  (512) 687-2503
    Facsimile:   (512) 477-1112
    brianen@bdfgroup.com
    stevet@bdfgroup.com

ATTORNEYS FOR
CROSSROADS 2004, LLC


<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 8th day of August, 2018, a true and correct copy of the foregoing document was served upon the parties on the attached mailing matrix via electronic means as listed on the Court's ECF noticing system or by regular first class mail, postage prepaid.


/s/ Brian S. Engel
Brian S. Engel

COWBOYS FAR WEST LTD
3030 NE LOOP 410
SAN ANTONIO TX 78218

JAMES S WILKINS
WILLIS & WILKINS LLP
711 NAVARRO ST STE 711
SAN ANTONIO TX 78205

AMIE HAYNES
C/O KEVIN B MILLER
LAW OFFICE OF MILLER & BICKLEIN
8270 CALLAGHAN RD STE 250
SAN ANTONIO TX 78230

BEXAR COUNTY
C/O DON STECKER
LINEBARGER GOGGAN ET AL
711 NAVARRO ST STE 300
SAN ANTONIO TX 78205

COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528
AUSTIN TX 78711-8528

COWBOYS CONCERT HALL-
ARLINGTON LTD
3030 NE LOOP 410
SAN ANTONIO TX 78218

CROSSROADS 2004 LLC
914 N BROADWAY AVE STE 302
OKLAHOMA CITY OK 73102

FAR WEST REALTY LTD
16500 SAN PEDRO AVE STE 280
SAN ANTONIO TX 78232

FORD MOTOR CREDIT
PO BOX 650575
DALLAS TX 75265-0575

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES STAFF
STOP 5022 AUS
300 E 8TH ST
AUSTIN TX 78701

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA PA 19114

JOHNSON CONTROLS
PO BOX 730068
DALLAS TX 75373

JOSE MARIA GARZA TREVINO
136500 SAN PEDRO AVE STE 280
SAN ANTONIO TX 78232

NICHOLAS JOSEPH  FINNERTY
C/O MONICA I BOHUSLOV
901 MAIN ST STE 5200
DALLAS TX 75202

PRINSBANK
508 THIRD ST
PO BOX 38
PRINSBURG MN 56281

RED RIVER BEVERAGE INC
3030 NE LOOP 410
SAN ANTONIO TX 78215

SUNSTATE EQUIPMENT CO LLC
5552 W WASHINGTON ST
PHOENIX AZ 85034

TRIPLE D SECURITY INC
PO BOX 2346
VICTORIA TX 77902

U S ATTORNEY
610 NW LOOP STE 600
SAN ANTONIO TX 78216

U S ATTORNEY GENERAL
MAIN JUSTICE BLDG RM 5111
10TH & CONSTITUTIION AVE NW
WASHINGTON DC 20530

UNITED STATES TRUSTEE
PO BOX 1539
SAN ANTONIO TX 78295-1539