IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51837-RBK |
| COWBOYS FAR WEST, LTD., | § | |
| DEBTOR(S) | § | CHAPTER 11 |

## DEBTOR'S MOTION TO DISMISS

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, 615 E. HOUSTON STREET, SUITE 533, SAN ANTONIO, TX 78205, AND SERVED UPON THE PARTY FILING THIS MOTION WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE THEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THE MOTION SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING ON NOTICE.**

TO THE HONORABLE RONALD B. KING, CHIEF UNITED STATES BANKRUPTCY JUDGE:

COWBOYS FAR WEST, LTD., Debtor-in-Possession, respectfully represents:

1. This Chapter 11 case was filed on August 6, 2018.

2. Pursuant to the provisions of 11 U.S.C. §1112, Debtor requests the Court dismiss its Chapter 11 case. In a recent Order allowing the automatic stay to be lifted, virtually all of the Debtor's assets have been or will be repossessed by creditors/owners of the assets, or the real property of the Debtor has been foreclosed upon. As such, the Debtor cannot effectively reorganize.

3. Said dismissal is in the best interest of the creditors, the estate, and other parties in interest.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that these proceedings be discontinued and that its petition be dismissed, that notice of this Motion/Application be given to all of its creditors and other parties in interest as listed in the creditor matrix accompanying its said petition and heretofore filed herein, which list of creditors, and their addresses, Debtor's attorney hereby affirms to be true and correct to the best of his knowledge, information, and belief.

DATED on May 23, 2019.

                Respectfully submitted,

                WILLIS & WILKINS, L.L.P.

BY:  /s/James S. Wilkins
     JAMES S. WILKINS
     Attorneys for Debtor, COWBOYS FAR WEST, LTD.
     711 Navarro Street, Suite 711
     San Antonio, Texas 78205-1711
     Telephone: (210) 271-9212
     Facsimile: (210) 271-9389
     State Bar No. 21486500

**Certificate of Service**

I certify that I forwarded a copy of the foregoing document according to the applicable rules of procedure on the 23rd day of May, 2019, to the following persons or entities:

```
Cowboys Far West, Ltd.
Michael J. Murphy
3030 NE Loop 410
San Antonio, Texas 78218

U.S. Trustee
615 E. Houston Street, Suite 533
San Antonio, Texas 78205
```

WILLIS & WILKINS, L.L.P.


BY:   /s/James S. Wilkins
      JAMES S. WILKINS
      Attorneys for Debtor

**<u>CREDITOR MAILING MATRIX</u>**
**(Attached hereto)**