**The relief described hereinbelow is SO ORDERED.**

**Signed June 18, 2019.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51837-RBK |
| COWBOYS FAR WEST, LTD., | § | |
| DEBTOR(S) | § | CHAPTER 11 |

**ORDER OF DISMISSAL**

On this day came on to be considered the Motion to Dismiss heretofore filed by the Debtor. The Court, having considered the evidence and argument of counsel, is of the opinion that said motion is meritorious and should be granted. It is therefore,

ORDERED, ADJUDGED AND DECREED that the Debtor's Chapter 11 case is in all things DISMISSED. It is further,

ORDERED that the Debtor shall pay within ten (10) days of the entry of this Order to the United States Trustee Payment Center, at P.O. Box 6200-19, Portland, Oregon 97228-6200, the appropriate quarterly fees where were due and payable pursuant to 28 U.S.C. §1930(a)(6). The payment must reflect the Debtor's account number

and transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the United States Trustee. It is further,

ORDERED, that the Debtor shall pay within ten (10) days of entry of this Order to the United States Bankruptcy Court, any noticing fees which are due and payable to from the estate pursuant to 28 U.S.C. §1930(b).

###

PREPARED & SUBMITTED BY:

WILLIS & WILKINS, L.L.P.
JAMES S. WILKINS
Attorney for Debtor
711 Navarro Street, Suite 711
San Antonio, Texas 78205-1711
Telephone: (210) 271-9212
Facsimile: (210) 271-9389
State Bar No. 21486500